IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALEJANDRO CRUZ-GOMEZ, )<br>)<br>Defendant. )<br>_____) | No. 1:09-mj-00209 SMS<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on September 18, 2009,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: September 18, 2009      /s/ Gary S. Austin
                               HONORABLE GARY S. AUSTIN
                               U.S. MAGISTRATE JUDGE

12/6/06 ordrelease.form

1